UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | |
| : | 17-62779-LRC |
| **WALTER JOHN FLEMING, III** : | |
| **WILLIAM TYRONE** : | |
| **ALTMAN-FLEMING** : | CHAPTER 13 |
| <u>         DEBTORS.       </u> : | |

**OBJECTION TO CONFIRMATION**

COMES NOW, VW Credit, Inc. ("Movant"), who holds a valid lien on the Debtors' collateral known as a 2015 VW PASSAT 1.8T SE , VIN: 1VWBT7A39FC022276 ("Collateral"), and objects to confirmation of the Debtors' proposed Chapter 13 Plan on the grounds that it does not comply with the provisions of 11 U.S.C. § 1322, 11 U.S.C. §1325 and 11 U.S.C. §506.  In particular, Movant objects to the Debtors' proposed Chapter 13 Plan on the following grounds.

1.

Movant timely filed a Proof of Claim 7-1, reflecting a claim in the amount of $11,334.70, representing the remaining lease payments with pre-petition arrearages in the amount of $1,208.70.

2.

On December 20, 2014, Debtors and Movant entered into a Motor Vehicle Lease Agreement ("Lease") for the lease of the Collateral.

3.

Debtors' Chapter 13 Plan states that the Debtors will make the ongoing Lease payments in the amount of $484.00 directly to the Movant each month.

4.

Debtors' Chapter 13 plan is vague and ambiguous as to how Movant's pre-petition arrears claim in the amount of $1,208.70 will be paid.

WHEREFORE, Movant hereby objects to confirmation of the Debtors' Chapter 13 Plan,

and requests that the Court decline to approve Debtors' Chapter 13 plan and grant such additional relief as the Court deems just and proper.

/s/ Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Buckley Madole, P.C.
Post Office Box 80727
Atlanta, GA 30366
chad@chadsimonlaw.com
(770) 856-9046

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail or regular U. S. Mail to all parties listed below on this 18th day of August, 2017.

Walter John Fleming, III<br>
William Tyrone Altman-Fleming<br>
2716 Sandalwood Circle<br>
Locust Grove, GA 30248<br>
<br>
Alex M. Vansaghi<br>
Vansaghi &amp; Associates, LLC<br>
P. O. Box 3426<br>
McDonough, GA 30253<br>
<br>
Adam M. Goodman<br>
Adam M. Goodman, 13 Trustee<br>
Suite 200<br>
260 Peachtree Street<br>
Atlanta, GA 30303<br>

                          /s/ Chad R. Simon
                          Chad R. Simon
                          Georgia Bar No. 646919

Buckley Madole, P.C.
Post Office Box 80727
Atlanta, GA 30366
(770) 856-9046