UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Walter John Fleming, III | ) CASE NO. 17-62779-LRC |
| William Tyrone Altman-Fleming | ) |
| | ) |
| DEBTORS. | ) |

**CHAPTER 13 TRUSTEE'S
OBJECTION TO CONFIRMATION & MOTION TO DISMISS**

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2. The Debtors have failed to file an Employment Deduction Order.

3. The Chapter 13 Plan is not feasible as it establishes a post confirmation sum of equal monthly payments to creditors and the payment of attorney's fees greater than the monthly plan payments in violation of 11 U.S.C. Section 1325(a)(6).

4. Paragraph 10 of the proposed Chapter 13 plan either (1) fails to provide an interest rate to be applied to any allowed secured claims not treated specifically under the plan, preventing the Trustee from properly administering the plan, or (2) improperly crams down the interest rate to less than the current national prime interest rate. 11 U.S.C. Section 1325(a)(5)(B). *See Till v. SCS Credit Corp.*, 541 U.S. 465 (2004).

5. Republic Finance filed a secured proof of claim and Badcock filed a second secured proof of claim; however, the Plan fails to provide treatment for said claims, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

6. The Debtors should establish the Form 122C-2, line 16 tax deduction is properly $1,510.19 per month. Their 2016 federal returns showed a federal tax withholding of $9,269.00, or $772.42 per month. 11 U.S.C. Sections 707(b) and 1325(b).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 30887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Walter John Fleming, III and | ) | |
| | ) | CASE NO.: 17-62779-LRC |
| William Tyrone Altman-Fleming, | ) | |
| | ) | |
| DEBTORS. | ) | |

17-62779-LRC                    **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

>DEBTOR(S):
>Walter John Fleming, III
>William Tyrone Altman-Fleming
>2716 Sandalwood Circle
>Locust Grove, GA  30248
>
>DEBTOR(S) ATTORNEY:
>Vansaghi & Associates
>P.O. Box 3426
>McDonough, GA  30253

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, September 13, 2017

/s/
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450